RECEIVED
COURT OF APPEALS

OCT 04 2013

LISA MATZ
CLERK, 5th DISTRICT

CC-13-05190-C

**CAUSE NUMBER: JE** 1301996 L

Federal National Mortgage
**PLAINTIFF**

§
§
§

**IN THE JUSTICE COURT**

**VS.**

§
§
§
§

**PRECINCT 4, PLACE 2**

Macario Flores

§
§

**DEFENDANT(S) & ALL OCCUPANTS** §

**DALLAS COUNTY, TEXAS**

FILED
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY, TEXAS
2013 AUG 30 PM 3:56

## AFFIDVAIT OF INABILITY TO PAY COSTS (TRCP 749a)

I/WE the named Defendant(s) in the above styled and number forcible detainer and /or forcible entry and detainer, are/am unable to pay the court costs of appeal therein. I/we verify that the statements made in this affidavit are true and correct, and contain complete information as to the my identity, the nature and amount of governmental entitlement income, the nature and amount of employment income, other income, (interest, dividends, etc.), spouse's income if available to me, property owned (other than homestead), cash or checking account, dependents, debts, and monthly expenses (Texas Property Code §24.0052).

**TENANT'S IDENTITY**

Macario Flores
*Tenant's Full Name*

603 Cancun st Gran Prairie TX 75051
*Tenant's Street Address, City, State, Zip Code*

469 576 0903
*Tenant's Primary Phone*

469 576 0903
*Tenant's Secondary Phone*

_____
*Tenant's Date of Birth*

**SPOUSE'S IDENTITY**

_____
*Spouse's Full Name*

_____
*Spouse's Street Address, City, State, Zip Code*

_____
*Spouse's Primary Phone*

_____
*Spouse's Secondary Phone*

_____
*Spouse's Date of Birth*

**DEPENDANTS**

2
*Number of Dependants*

19 yrs A 15 yrs.
*Ages of Dependants*

603 cancun st Gran Prairie TX 75051
*Residence of Dependants Address, City, State, Zip Code*

*Justice of the Peace 4-2 841 West Irving Boulevard Irving, TX 75060*
*P. (214) 589-7000 F. (214) 589-7048*

CC-13-05190-C
CAIP
AFFIDAVIT INABILITY TO PAY
250194

# INCOME OF TENANT & SPOUSE

Self employee
_____
Tenant's Employer

Any
_____
Tenant's Job Title and/or Duties

603 Cancun St Grand Prairie TX 75051
_____
Tenant's Employer Address, City, State, Zip Code

_____
Tenant's Supervisor's Name

_____
Tenant's Supervisor's Phone

$ 1,600⁰⁰
_____
Tenant's Monthly Salary/Income

0
_____
Tenant's Other Income

0
_____
Spouse's Employer

0
_____
Spouse's Job Title and/or Duties

_____
Spouse's Employer Address, City, State, Zip Code

_____
Spouse's Supervisor's Name

_____
Spouse's Supervisor's Phone

_____
Spouse's Monthly Salary/Income

_____
Spouse's Other Income

## GOVERNMENT ENTITLEMENT INCOME

| Unemployment Benefits | AFDC/TANF |
| Social Security | Disability |
| Veteran's Benefits | Child Support |

Other Amounts - Describe

## ALL OTHER INCOME

20⁰⁰

List all other sources of income and amounts.   Cash on hand

Financial Institution of Checking Account   Balance Amount

Financial Institution of Savings Account   Balance Amount

## REAL PROPERTY (residential, commercial, or land owned)

Address of Real Property Owned   Value of Property

Address of Real Property Owned   Value of Property

**PERSONAL PROPERTY** *(other than household furnishings, clothes, tools of a trade, or personal effects. This includes vehicles and other sources of transportation)*

| Description of Property Owned | Value of Property |
|---|---|
| Description of Property Owned | Value of Property |

## MONTHLY EXPENSES

| | |
|---|---|
| 830 | 0 |
| *Rent and/or Mortgage Amount* | *Vehicle/Car Payment Amount* |
| 0 | 380 |
| *Insurance Amount* | *Utility Amount* |
| 0 | 0 |
| *Child Care Amount* | *Child Support Amount* |
| 400 — | 0 |
| *Food and/or Incidental Amount* | *Medical and/or Dental Amount* |
| 260 ªᶜ | |
| *Other Amount* GAS | *Describe Other Amount* |
| 139 ªᶜ | |
| *Other Amount* Necessities | *Describe Other Amount* |

Signed this the __16__ day of __August__, 20 __13__.

_Macario Flores_   _Macario Flores_
*Signature of Affiant*   *Printed Name of Affiant*

**THE STATE OF TEXAS** §
**COUNTY OF DALLAS** §

**BEFORE ME,** the undersigned authority, on this day personally appeared the above named affiant who upon oath, stated that he/she is the Tenant making this Pauper's Affidavit and that the information provided is true and correct.

**SWORN TO AND SUBSCRIBED** before me on the __16__ day of __August__, 20 __13__.

_____
*Signature of Notary*

JULIA JUAREZ
Notary Public, State of Texas
My Commission Expires
July 29, 2014

_Julia Juarez_
*Printed Name of Notary*
July 29, 2014
*My Commission Expires*

**CERTIFICATE OF DELIVERY:** I the Defendant in the above and entitled forcible detainer / forcible entry and detainer certify that I have sent the forgoing document to the opposing party on this the _____ day of _____, 20_____.

_____   _____
*Signature of Defendant*   *Printed Name of Affiant*

*Justice of the Peace 4-2 841 West Irving Boulevard Irving, TX 75060*
*P. (214) 589-7000 F. (214) 589-7048*